# EXHIBIT "A"

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/16/2024
CT Log Number 547113336

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Delaware**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: WHITE RENEE and GERALD WHITE, wife and husband // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint and Jury Demand, Notice(s), Statement |
| **COURT/AGENCY:** | Atlantic County New Jersey Superior Court, NJ<br>Case # ATLL00160724 |
| **NATURE OF ACTION:** | Personal Injury - 08/07/2022 |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/16/2024 at 12:35 |
| **JURISDICTION SERVED:** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 35 days fro the date of receipt |
| **ATTORNEY(S)/SENDER(S):** | Thomas J. Vesper<br>Westmoreland Vesper Quattrone & Beers, P.A.<br>Bayport One - Suite 500<br>8025 Black Horse Pike<br>West Atlantic City, NJ 08232<br>809-645-1111 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/16/2024, Expected Purge Date: 08/26/2024<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Aug 16, 2024
**Server Name:** Ronald Reid

| | |
|---|---|
| Entity Served | WALMART INC. |
| Case Number | ATL-L-001607-24 |
| Jurisdiction | DE |

| Inserts | | |
|---|---|---|
| | | |

THOMAS J. VESPER, ESQUIRE, ID #276621973
**WESTMORELAND VESPER QUATTRONE & BEERS, P.A.**
A PROFESSIONAL CORPORATION
BAYPORT ONE - SUITE 500
8025 BLACK HORSE PIKE
WEST ATLANTIC CITY, NJ 08232
(609) 645-1111
ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| **RENEE WHITE** and<br>**GERALD WHITE,** wife and husband<br><br>Plaintiffs,<br><br>v.<br><br>**1. WALMART, INC,** and<br>**2. JOHN DOE(S) Responsible Party,** for creation, inspection, maintenance of "the subject unmatted, wet frozen food aisle"<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>ATLANTIC COUNTY<br>LAW DIVISION<br><br>DOCKET NO. ATL L 01607 - 24<br><br><u>Civil Action</u><br><br>**SUMMONS** |

**THE STATE OF NEW JERSEY TO THE ABOVE NAMED DEFENDANT(S): WALMART, INC.**

The plaintiffs, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/l0153 deptyclerklawref.pdf.)

A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/l0153 deptyclerklawref.pdf.

Dated: 8/15/24

/s/*Michelle M. Smith*
MICHELLE M. SMITH
Clerk of the Superior Court

Name of Defendant to be served: **WALMART, INC.**
c/o registered agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

THOMAS J. VESPER, ESQUIRE, ID #276621973
**WESTMORELAND VESPER QUATTRONE & BEERS, P.A.**
A PROFESSIONAL CORPORATION
BAYPORT ONE - SUITE 500
8025 BLACK HORSE PIKE
WEST ATLANTIC CITY, NJ 08232
(609) 645-1111
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| **RENEE WHITE** and<br>**GERALD WHITE,** wife and husband<br><br>Plaintiffs,<br><br>v.<br><br>**1. WALMART, INC,** and<br>**2. JOHN DOE(S) Responsible Party,** for creation, inspection, maintenance of "the subject unmatted, wet frozen food aisle"<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>ATLANTIC COUNTY<br>LAW DIVISION<br><br>Civil Action<br><br>**COMPLAINT & JURY DEMAND; R.4:17-1(b)(2) DEMAND FOR ANSWERS TO INTERROGATORIES; R. 4:10-2(b) DEMAND for DISCOVERY OF INSURANCE, R. 4:18-1 REQUESTS TO PRODUCE (BUSINESS PREMISES NEGLIGENCE & MODE OF OPERATION)** |

## INTRODUCTION

Plaintiffs, **RENEE WHITE** and **GERALD WHITE**, residing in Central Islip, NY, by way of Complaint drafted by their attorneys complains of injuries against Defendant, **WALMART, INC. (hereinafter WALMART),** and **JOHN DOE, Responsible Party,** for inspecting, and maintaining of the "subject unmatted, wet frozen food aisle floor" which created a foreseeable slip hazard, and caused **Plaintiff, RENEE WHITE,** to sustain serious injuries.

## JURISDICTION

Plaintiff's attorneys base subject matter and *in personam* jurisdiction on the fact Plaintiffs and Defendant were present in the State of New Jersey at the time of this

incident.

## VENUE in ATLANTIC COUNTY

Venue is based on the fact **Defendant WALMART** does business in Atlantic County, NJ and the incident complained of occurred in Atlantic County, NJ.

## FIRST COUNT
## (NEGLIGENCE OF DEFENDANT WALMART, INC.)

1. On Sunday afternoon, August 7, 2022 at approximately 3:00 PM - 4:00 PM; **Plaintiff, RENEE WHITE**, was a lawful business invitee on premises of the **Defendant, WALMART** .
2. At all relevant times **Defendant WALMART** was responsible for the safe condition of the **"subject wet uncovered, unmatted tile floor in the frozen food aisle "** at the WalMart, Egg Harbor Township, New Jersey.
3. At all relevant times **Plaintiff RENEE WHITE** did nothing to create **said slipping hazard**.
4. At all relevant times, **WALMART** was responsible for safety of all its foreseeable patrons, business invitees, guests, licensees, and its own employees. .
5. At all relevant times **"subject wet uncovered, unmatted tile floor in the frozen food aisle"** was maintained in such a manner it foreseeably would, and in fact did become a slipping hazard for business invitees, guests, licensees and its own employees.
6. **Defendant's** agents/employees were negligent *inter alia* for negligent inspection and maintenance of **"subject wet uncovered, unmatted tile floor in the frozen food aisle"**

7. At all times relevant, the "subject wet uncovered, unmatted tile floor in the frozen food aisle" was slippery and not properly protected by mats or protective floor treatment.

8. At all times relevant, **Defendant, WALMART**, had a duty to maintain and otherwise make the "subject wet uncovered, unmatted tile floor in its frozen food aisle" safe for its patrons.

9. As a direct result of the **Defendant WALMART'S** negligence **Plaintiff** was caused serious, permanent injuries, *inter alia,* to both knees, hips and back.

**WHEREFORE, Plaintiff, RENEE WHITE** demands judgment against **Defendant WALMART, INC.** for damages together with interest and cost of suit

**SECOND COUNT**
**(NEGLIGENCE OF JOHN DOE(S) RESPONSIBLE PARTY(S) FOR INSPECTION and MAINTENANCE OF "THE SUBJECT WET UNCOVERED, UNMATTED TILE FLOOR IN THE FROZEN FOOD AISLE AT WALMART)**

1. **Plaintiffs'** trial lawyers repeat all allegations of prior Count, making them para. 1 herein.

2. **Defendant, JOHN DOE(S) Responsible Party(s)** is a fictitious name per R. 4:26-4. It is **Plaintiffs' lawyer's** intention to amend this Complaint should the identity of this/these **JOHN DOE(S) Defendant(s)** becomes known.

3. **Plaintiffs' trial lawyers** repeat **Rule 4:26-4. Fictitious Names; In Personam Actions:**

> "In any action, ... , if D's true name is unknown to Pf, process may issue against D under a fictitious name, stating it to be fictitious and adding an appropriate description sufficient for identification....

4. **Defendant, JOHN DOE(S) Responsible Party(s)** is an individual(s) or entity(s)

who was/were responsible in whole/part for negligent creation, inspection, maintenance/repair **"subject wet unmatted tile floor in the frozen food aisle ."**

5. As a direct result of negligence of **Defendant, JOHN DOE(S) Responsible Party(s)** the **Plaintiff, RENEE WHITE,** was caused serious, permanent injuries.

**WHEREFORE, Plaintiff, RENEE WHITE,** demands judgment against **Defendant, JOHN DOE(S) Responsible Party(s) ,** for damages together with interest and cost of suit.

**THIRD COUNT**
**(CONSORTIUM CLAIM OF GERALD WHITE)**

1. Plaintiff, **GERALD WHITE**, repeats all allegations of all prior Counts
2. Plaintiff **GERALD WHITE** at all times was husband of **RENEE WHITE.**
3. As a direct result of the negligence of one or all named Defendants and resultant injuries to his spouse, **Plaintiff, GERALD WHITE** was deprived of his spouse's consortium.

**WHEREFORE, Plaintiff, GERALD WHITE** demands judgment against one or all of the named Defendants for damages together with interest and costs of suit.

**WESTMORELAND VESPER & QUATTRONE, P.A.**

*S/Thomas J. Vesper*

By: **THOMAS J. VESPER, ESQUIRE**
ATTORNEYS FOR PLAINTIFFS

DATED: August 2, 2024

**DEMAND FOR JURY PURSUANT TO R.1:8-2(b) and 4:35-1(a)**

Plaintiffs hereby demand a trial by jury of six (6) persons on all Counts herein.

**WESTMORELAND VESPER & QUATTRONE, P.A.**

S/Thomas J. Vesper

By: **THOMAS J. VESPER, ESQUIRE**
ATTORNEYS FOR PLAINTIFFS

DATED: August 2, 2024

**NOTICE OF NO OTHER ACTION**

Pursuant to R. 4:5-1(b)(2) Plaintiffs' attorneys hereby certify to the best of our knowledge there is no other action or arbitration pending in which the matter in controversy is the subject, nor is there any other action or arbitration proceeding contemplated.

**WESTMORELAND VESPER QUATTRONE, P.A.**

S/Thomas J Vesper

BY: ____________________________
THOMAS J. VESPER, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

DATED: August 2, 2024

**NOTICE OF NO OTHER PARTIES TO BE JOINED**

Per R. 4:28 and R. 4:30A Plaintiffs' attorneys hereby certify there exists no other claims or parties required to be joined in this action by the Entire Controversy Doctrine. R. 4:25-4.

**WESTMORELAND VESPER QUATTRONE, P.A.**

S/Thomas J Vesper

BY: ____________________________
THOMAS J. VESPER, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

DATED: August 2, 2024

## R. 4:5-1(c) & R. 4:25-4. DESIGNATION OF TRIAL COUNSEL

Thomas J. Vesper, Esq., is hereby designated as Plaintiffs' trial counsel.

**WESTMORELAND VESPER QUATTRONE, P.A.**

BY: S/Thomas J Vesper

THOMAS J. VESPER, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

DATED: August 2, 2024

## R. 4:17-1(b) DEMAND FOR ANSWERS TO INTERROGATORIES

**TAKE NOTICE** per R. 4:17-1(b)(2) Automatic Service of C & C(2) Uniform Interrogatories is effectuated on D, Plaintiffs hereby demand answers to Uniform Interrogatories C & C(2).

**WESTMORELAND VESPER QUATTRONE, P.A.**

BY: S/Thomas J Vesper

THOMAS J. VESPER, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

DATED: August 2, 2024

## R. 4:10-2(b) DEMAND FOR DISCOVERY OF INSURANCE COVERAGE

Per R. 4:10-2(b), demand is made that Defendant disclose all insurance agreements or policies under which any person/firm carrying on an insurance business may be liable to satisfy part/all of any judgment entered in this action or indemnify/reimburse for payments made to satisfy the judgment and provide Plaintiffs' attorneys true copies of those writings, inter alia , all declaration sheets. This demand include primary coverage, and all excess & umbrella policies.

**WESTMORELAND VESPER QUATTRONE, P.A.**

BY: S/Thomas J Vesper

THOMAS J. VESPER, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

DATED: August 2, 2024

**NOTICE TO PRODUCE "DOCUMENTS" OR "WRITINGS" AS DEFINED BY NJRE 801(E) AND 1001(A) AND "ESI" AS DEFINED BY NJ RULE 4:18-1**

1. Copy of all videos capturing **subject wet unmatted tile floor at the frozen food aisle** on 8/7/22 prior to Plaintiff's slip and fall;

2. Copy of all videos capturing the clean up of the **subject wet unmatted tile floor at the frozen food aisle** on 8/7/22, after Plaintiff slipped and fell;

3. Copy of all videos capturing the subject slip and fall by the Plaintiff on the **subject wet unmatted tile floor at the frozen food aisle** on 8/7/22;

4. Copy of all statements (sign/unsigned) by **Plaintiff(s)** in possession/control of **Defendant**;

5. Per R. 4:10-2(b) copy of any/all insurance agreements under which any insurer may be liable to satisfy part or all of any judgment be entered in this action or indemnify or reimburse for payments made to satisfy any judgment against any **Defendants**;

6. Copy of any signed or unsigned report or statement **Defendants** gave to its premises liability insurer, or any agents or employees thereof;

7. All "writings" defined by NJRE 801 which show/suggest in any way whatsoever reason(s) for the non-unmated tile floor in the frozen food aisle to become a slipping hazard.

**PLEASE TAKE NOTICE** this Request is deemed continuing to and throughout this case. Should you in future discover any items relating to any of above requested matters, you are required to notify Plaintiff' counsel of said information by way of Supplemental Answers to this Request, or an objection will be made at trial for the use of information not revealed.

**WESTMORELAND VESPER QUATTRONE, P.A.**

*S/Thomas J Vesper*

BY: ______________________________

THOMAS J. VESPER, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

DATED: August 2, 2024

# Civil Case Information Statement

**Case Details: ATLANTIC | Civil Part Docket# L-001607-24**

**Case Caption:** WHITE RENEE VS WALMART, INC.
**Case Initiation Date:** 08/02/2024
**Attorney Name:** THOMAS J VESPER
**Firm Name:** WESTMORELAND VESPER & QUATTRONE
**Address:** 8025 BLACK HORSE PIKE SUITE 500
PLEASANTVILLE NJ 08232
**Phone:** 6096451111
**Name of Party:** PLAINTIFF : WHITE, RENEE
**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19? NO**

**Are sexual abuse claims alleged by: RENEE WHITE? NO**

**Are sexual abuse claims alleged by: GERALD WHITE? NO**

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO **Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/02/2024
Dated

/s/ THOMAS J VESPER
Signed

ATLANTIC COUNTY LAW DIVISION
SUPERIOR COURT OF NEW JERSEY
1201 BACHARACH BLVD
ATLANTIC CITY NJ 08401

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (609) 402-0100
COURT HOURS 8:30 AM - 4:30 PM

DATE: AUGUST 02, 2024
RE: WHITE RENEE VS WALMART, INC.
DOCKET: ATL L -001607 24

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS 300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON DANIELLE J. WALCOFF

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 202 AT: (609) 402-0100 EXT 47790.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.

PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

ATT: THOMAS J. VESPER
WESTMORELAND VESPER & QUATTRON
8025 BLACK HORSE PIKE
SUITE 500
PLEASANTVILLE NJ 08232

ECOURTS

| | |
|---|---|
| **ATLANTIC COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division, Direct Filing<br>1201 Bacharach Blvd., First Fl.<br>Atlantic City, NJ 08401 | LAWYER REFERRAL<br>(609) 345-3444<br>LEGAL SERVICES<br>(609) 348-4200 |
| **BERGEN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division, Room 115<br>Justice Center, 10 Main Street<br>Hackensack, NJ 07601 | LAWYER REFERRAL<br>(201) 488-0044<br>LEGAL SERVICES<br>(201) 487-2166 |
| **BURLINGTON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Central Processing Office<br>Attn: Judicial Intake<br>First Fl., Courts Facility<br>49 Rancocas Road<br>Mt. Holly, NJ 08060 | LAWYER REFERRAL<br>(609) 261-4862<br>LEGAL SERVICES<br>(800) 496-4570 |
| **CAMDEN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Processing Office<br>Hall of Justice<br>1st Fl, Suite 150<br>101 S. Fifth St.<br>Camden, NJ 08103 | LAWYER REFERRAL<br>(856) 964-4520<br>LEGAL SERVICES<br>(856) 964-2010 |
| **CAPE MAY COUNTY:**<br>Deputy Clerk of the Superior Court<br>9 N. Main Street<br>Cape May Court House, NJ 08210 | LAWYER REFERRAL<br>(609) 463-0313<br>LEGAL SERVICES<br>(609) 465-3001 |
| **CUMBERLAND COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>60 W. Broad St, P.O. Box 10<br>Bridgeton, NJ 08302 | LAWYER REFERRAL<br>(856) 696-5550<br>LEGAL SERVICES<br>(856) 691-0494 |
| **ESSEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Customer Service<br>Hall of Records, Room 201<br>465 Dr. Martin Luther King, Jr. Blvd<br>Newark, NJ 07102 | LAWYER REFERRAL<br>(973) 622-6204<br>LEGAL SERVICES<br>(973) 624-4500 |
| **GLOUCESTER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Fl., Court House<br>1 North Broad Street.<br>Woodbury, NJ 08096 | LAWYER REFERRAL<br>(856) 848-4589<br>LEGAL SERVICES<br>(856) 848-5360 |
| **HUDSON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennen Court House- 1st Floor<br>583 Newark Ave.<br>Jersey City, NJ 07306 | LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 |
| **HUNTERDON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Ave.<br>Flemington, NJ 08822 | LAWYER REFERRAL<br>(908) 735-2611<br>LEGAL SERVICES<br>(908) 782-7979 |

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St., P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Middlesex Vicinage
2nd Floor - Tower
56 Paterson St., P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House,
71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

MORRIS COUNTY:
Morris County Courthouse
Civil Division
Washington & Courts Streets
PO Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

OCEAN COUNTY:
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
PO Box 2191
Toms River, NJ 08754

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

SALEM COUNTY:
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market St.
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 451-0003

SOMERSET COUNTY:
Deputy Clerk of the Superior Court
Civil Division
P. O. Box 3000
40 North Bridge Street
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY:
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY:
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
Court House, 413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010